UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KING, as Personal Representative of LINDA KING,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ILLINOIS, et al.,<br><br>Defendants. | Case No.: 3:13-cv-1254-CAB-(JMA)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 86]** |

Having considered the parties' Joint Motion to Dismiss the above-captioned action with prejudice, the Court **GRANTS** the joint motion. [Doc. No. 86.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated: March 12, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge